**CASSIDY A. HEVERLING**
California State Bar No. 352216
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Cassidy_Heverling@fd.org

Attorneys for Mohamed Hamouda

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMED HAMOUDA,<br><br>　　　　　　Defendant. | CASE NO.:   24-CR-10057-JO<br><br>Hon. Jinsook Ohta<br><br>**MOTION FOR TRAVEL OUT OF DISTRICT** |

## I.   Introduction

On November 21, 2025, Mr. Hamouda appeared before this Court for a revocation of supervised release. Mr. Hamouda has been in compliance with the terms of his supervision, and this Court dismissed the petition accordingly. ECF No. 20. At that time, Mr. Hamouda also let the Court know that he hoped to travel to Egypt to visit with family there but did not have exact dates yet. This Court encouraged Mr. Hamouda to reach out to the probation department upon having travel dates to get the necessary approvals. Mr. Hamouda has since reached out to his probation officer who told him that the proper avenue would be to file a motion with the Court. This motion follows.

1  Counsel spoke with Mr. Hamouda's probation officer, John Moore, who defers
2  to the Court in this matter. Counsel also spoke with the assigned Assistant United
3  States Attorney, Andrew Chiang, who indicated he defers to probation on this matter.

**II.  Request for travel to Egypt to visit with family.**

Mr. Hamouda respectfully requests permission from the Court to travel to Egypt to visit with family from December 20, 2025, to January 25, 2026. While there, he plans to stay at his mother's home with his mother and her two sisters in Alexandria. He is prepared to remain in communication with his probation officer before, during, and after the travel as necessary to comply with the terms of his supervision.

Respectfully submitted,

Dated:  December 16, 2025         *s/ Cassidy A. Heverling*
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mohamed Hamouda
                                  Email:  Cassidy_Heverling@fd.org